# EXHIBIT C

## NOVATION

This Novation is entered into by and among the parties whose signatures appear below as of the 1st day of October, 2008.

Digital Commerce, LLC ("Digital") entered into a Professional Services Agreement with AAA Mid-Atlantic Inc. ("Mid-Atlantic"), Alberta Motor Association Travel Agency, Ltd ("Alberta"), CAA Travel (South Central Ontario) Inc. ("Ontario") and Ohio Auto Club ("Ohio") dated April 5, 2007, for the development of web-based travel systems solutions (the "**Professional Services Agreement**", attached hereto as **Exhibit A**; Mid-Atlantic, Alberta, Ontario and Ohio herein referred to as "Clubs").

On or about the same date, Digital and the Clubs entered into a Work Authorization Agreement, pursuant to the Professional Services Agreement, under which Digital performed analysis and developed interfaces and other features needed to build and launch the desktop application for travel agents (the "Desktop"; this agreement referred to as "Phase 2"). **Phase 2** is attached hereto as **Exhibit B**.

On or about July 10, 2007 the Clubs and Digital agreed on the terms of a Work Authorization Agreement, pursuant to the Professional Services Agreement, for initial scoping work for development of the syndication hub application (the "Hub"; this agreement referred to as "Phase 3a"). A copy of the terms of **Phase 3a** agreed upon by the parties is attached hereto as **Exhibit C**.

On or about October 10, 2007, Digital and the Clubs agreed on the terms of a Work Authorization Agreement, pursuant to the Professional Services Agreement, for detailed syndication Hub scoping (this agreement referred to as "Phase 3b"). A copy of the terms of **Phase 3b** agreed upon by the parties is attached hereto as **Exhibit D**.

In 2007, Digital, the Clubs and Fuzebox, Inc. ("Fuzebox") agreed to the assignment to Fuzebox of all duties and obligations of Digital under the Professional Services Agreement, which the parties intended to include Phase 2, Phase 3a and Phase 3b. A copy of the terms of this **assignment** agreed upon by the parties is attached hereto as **Exhibit E**.

On or about June 26, 2008, Fuzebox and the Clubs agreed on the terms of a Work Authorization Agreement, pursuant to the Professional Services Agreement, to perform supplier connectivity analysis (this agreement referred to as the "Interim Work Order"). A copy of the terms of the **Interim Work Order** agreed upon by the parties is attached hereto as **Exhibit F**.

On August 26, 2008, Fuzebox and the Clubs entered into a Work Authorization Agreement, pursuant to the Professional Services Agreement to design, build and launch

the Hub (this agreement referred to as "Phase 4"). **Phase 4** is attached hereto as **Exhibit G**.

The parties entered into the agreements in the attached Exhibits with the understanding that the Clubs would transfer their rights and obligations in those agreements to Travel Syndication Technology, LLC, a company established by the Clubs and/or their affiliated companies. Therefore, the parties hereto now desire by this Novation to substitute Travel Syndication Technology, LLC, a new party, for the Clubs in all of the agreements and understandings set forth in the attached Exhibits and to completely release the Clubs from their obligations under those agreements and understandings.

This Novation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and shall become effective when there exist copies hereof which, when taken together, bear the authorized signatures of each of the parties hereto. Only one such counterpart signed by the party against whom enforceability is sought needs to be produced to evidence the existence of this Novation.

IN WITNESS WHEREOF, and intending to be legally bound, the parties enter into this Novation effective as of the date first written above.

**AAA Mid-Atlantic Inc.**

By: *[signature]*
Print Name: Donald R. Gagnon
Title: CEO

**Alberta Motor Association Travel Agency Ltd.**

By: _____
Print Name: _____
Title: _____

**CAA Travel (South Central Ontario) Inc.**

By: _____
Print Name: _____
Title: _____

**Ohio Auto Club**

By: _____
Print Name: _____
Title: _____

~~Digital Commerce, LLC~~

By: _____
Print Name: _____
Title: _____

~~Fuzebox LLC~~

By: _____
Print Name: _____
Title: _____

**Travel Syndication Technology, LLC**

By: *[signature]*
Print Name: Donald R. Gagnon
Title: CEO

the Hub (this agreement referred to as "Phase 4"). **Phase 4 is attached hereto as Exhibit G.**

The parties entered into the agreements in the attached Exhibits with the understanding that the Clubs would transfer their rights and obligations in those agreements to Travel Syndication Technology, LLC, a company established by the Clubs and/or their affiliated companies. Therefore, the parties hereto now desire by this Novation to substitute Travel Syndication Technology, LLC, a new party, for the Clubs in all of the agreements and understandings set forth in the attached Exhibits and to completely release the Clubs from their obligations under those agreements and understandings.

This Novation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and shall become effective when there exist copies hereof which, when taken together, bear the authorized signatures of each of the parties hereto. Only one such counterpart signed by the party against whom enforceability is sought needs to be produced to evidence the existence of this Novation.

IN WITNESS WHEREOF, and intending to be legally bound, the parties enter into this Novation effective as of the date first written above.

**AAA Mid-Atlantic Inc.**

By: _____
Print Name: _____
Title: _____

**Alberta Motor Association Travel Agency Ltd.**

By: _____
Print Name: _Don Smithen_
Title: _President_

**CAA Travel (South Central Ontario) Inc.**

By: _____
Print Name: _____
Title: _____

**Ohio Auto Club**

By: _____
Print Name: _____
Title: _____

**Digital Commerce, LLC**

By: _____
Print Name: _____
Title: _____

**Fuzebox LLC**

By: _____
Print Name: _____
Title: _____

**Travel Syndication Technology, LLC**

By: _____
Print Name: _____
Title: _____

the Hub (this agreement referred to as "Phase 4"). **Phase 4** is attached hereto as **Exhibit G**.

The parties entered into the agreements in the attached Exhibits with the understanding that the Clubs would transfer their rights and obligations in those agreements to Travel Syndication Technology, LLC, a company established by the Clubs and/or their affiliated companies. Therefore, the parties hereto now desire by this Novation to substitute Travel Syndication Technology, LLC, a new party, for the Clubs in all of the agreements and understandings set forth in the attached Exhibits and to completely release the Clubs from their obligations under those agreements and understandings.

This Novation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and shall become effective when there exist copies hereof which, when taken together, bear the authorized signatures of each of the parties hereto. Only one such counterpart signed by the party against whom enforceability is sought needs to be produced to evidence the existence of this Novation.

IN WITNESS WHEREOF, and intending to be legally bound, the parties enter into this Novation effective as of the date first written above.

**AAA Mid-Atlantic Inc.**

By: _____
Print Name: _____
Title: _____

**Alberta Motor Association Travel Agency Ltd.**

By: _____
Print Name: _____
Title: _____

**CAA Travel (South Central Ontario) Inc.**

By: *[signature]*
Print Name: TEDDY CHIEN
Title: CFO

**Ohio Auto Club**

By: _____
Print Name: _____
Title: _____

**Digital Commerce, LLC**

By: _____
Print Name: _____
Title: _____

**Fuzebox LLC**

By: _____
Print Name: _____
Title: _____

**Travel Syndication Technology, LLC**

By: _____
Print Name: _____
Title: _____

the Hub (this agreement referred to as "Phase 4"). **Phase 4** is attached hereto as **Exhibit G**.

The parties entered into the agreements in the attached Exhibits with the understanding that the Clubs would transfer their rights and obligations in those agreements to Travel Syndication Technology, LLC, a company established by the Clubs and/or their affiliated companies. Therefore, the parties hereto now desire by this Novation to substitute Travel Syndication Technology, LLC, a new party, for the Clubs in all of the agreements and understandings set forth in the attached Exhibits and to completely release the Clubs from their obligations under those agreements and understandings.

This Novation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and shall become effective when there exist copies hereof which, when taken together, bear the authorized signatures of each of the parties hereto. Only one such counterpart signed by the party against whom enforceability is sought needs to be produced to evidence the existence of this Novation.

IN WITNESS WHEREOF, and intending to be legally bound, the parties enter into this Novation effective as of the date first written above.

**AAA Mid-Atlantic Inc.**

By: _____
Print Name: _____
Title: _____

**Alberta Motor Association Travel Agency Ltd.**

By: _____
Print Name: _____
Title: _____

**CAA Travel (South Central Ontario) Inc.**

By: _____
Print Name: _____
Title: _____

**Ohio Auto Club**

By: _/s/ Mark H. Shaw_____
Print Name: Mark H. Shaw
Title: President & CEO

**Digital Commerce, LLC**

By: _____
Print Name: _____
Title: _____

**Fuzebox LLC**

By: _____
Print Name: _____
Title: _____

**Travel Syndication Technology, LLC**

By: _____
Print Name: _____
Title: _____

the Hub (this agreement referred to as "Phase 4"). **Phase 4** is attached hereto as **Exhibit G.**

The parties entered into the agreements in the attached Exhibits with the understanding that the Clubs would transfer their rights and obligations in those agreements to Travel Syndication Technology, LLC, a company established by the Clubs and/or their affiliated companies. Therefore, the parties hereto now desire by this Novation to substitute Travel Syndication Technology, LLC, a new party, for the Clubs in all of the agreements and understandings set forth in the attached Exhibits and to completely release the Clubs from their obligations under those agreements and understandings.

This Novation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and shall become effective when there exist copies hereof which, when taken together, bear the authorized signatures of each of the parties hereto. Only one such counterpart signed by the party against whom enforceability is sought needs to be produced to evidence the existence of this Novation.

IN WITNESS WHEREOF, and intending to be legally bound, the parties enter into this Novation effective as of the date first written above.

**AAA Mid-Atlantic Inc.**

By: _____
Print Name: _____
Title: _____

**Alberta Motor Association Travel Agency Ltd.**

By: _____
Print Name: _____
Title: _____

**CAA Travel (South Central Ontario) Inc.**

By: _____
Print Name: _____
Title: _____

**Ohio Auto Club**

By: _____
Print Name: _____
Title: _____

**Digital Commerce, LLC**

By: [signature]
Print Name: GLENN MARTIN
Title: MEMBER

**Euzebox LLC**

By: [signature]
Print Name: GLENN MARTIN
Title: MEMBER

**Travel Syndication Technology, LLC**

By: _____
Print Name: _____
Title: _____