# EXHIBIT G



# McCARTER & ENGLISH
ATTORNEYS AT LAW

May 20, 2011

Richard Keck
Macmillian Keck
469 7th Avenue
Suite 419
New York, NY 10018

Re: Termination of Existing Contract

Dear Mr. Keck:

F. Traynor Beck
Partner
T. 215.979.3876
F. 215.599.2965
tbeck@mccarter.com

This Firm represents Travel Syndication Technology, LLC ("TST") and has reviewed your letter of May 19, 2011, addressed to AAA Mid-Atlantic Inc. and Travel Syndication Technology, LLC, wherein you make certain factual allegations and request that TST withdraw the notice of termination of the Existing Contract (as defined in the notice) dated May 16, 2011.

McCarter & English, LLP
BNY Mellon Center
1735 Market Street - Suite 700
Philadelphia, PA 19103-7501
T. 215.979.3800
F. 215.979.3899
www.mccarter.com

TST informs us that it declines to withdraw the notice of termination of the Existing Contract and denies that it is in breach of the Existing Contract by issuing the notice or for any other reason. TST further denies that it has engaged in any unlawful or tortious activity. TST admits none of the factual allegations in your letter. TST intends to continue to work with Fuzebox to complete the development activities for the month of May as specified in the existing Work Authorization Agreement.

Inasmuch as TST's notice of termination was for no cause, Fuzebox is obligated to continue the development project under the existing Work Authorization Agreement for the month of May, 2011 for which Fuzebox has been paid in advance the total sum of $689,000. Please provide written confirmation by no later than 5:00 p.m. today that FuzeBox intends to (1) perform the development activities required by the existing Work Authorization Agreement without interruption, (2) continue to provide to TST on a regular basis, preserve and safeguard the development product and related IP owned by TST pursuant to the Existing Contract, and (3) allow TST personnel access to the place of work and to the servers and other hardware necessary to perform their job functions, consistent with past practice. It has also come to TST's attention that FuzeBox has posted a proprietary TST video to FuzeBox's publicly accessible website,[1] which is of significant concern to TST and is in breach of FuzeBox's contractual obligations. Please provide written confirmation by 5:00 p.m. today that FuzeBox will immediately remove this video from its website and take all necessary steps to prevent its public dissemination.

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

TST reserves all rights under the Existing Contract and specifically Sections 11 through 25 of the PSA which survive termination, including the right prior to the

WILMINGTON

---

[1] The video is located at http://www.fuzeboxinc.com/case-studies/social-web-development/tst.

ME1 11767377v.1

Richard Keck
May 20, 2011
Page 2

effective date of the termination to terminate for cause as provided by Section 16 and to seek the return of sums paid by TST under the Existing Contract and other damages.

Please contact me if you have any questions. TST remains committed to resolving this matter in an amicable fashion.

Sincerely,

F. Traynor Beck

FTB:drw

cc:  Bernard M. Koch

ME1 11767377v.1