**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **TRAVEL SYNDICATION TECHNOLOGY, LLC**, a Delaware Limited Liability Company<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>**FUZEBOX, LLC,** a Georgia Limited Liability Company, and **DIGITAL COMMERCE, LLC**, a Georgia Limited Liability Company,<br><br>Defendants/Counterclaim Plaintiffs. | §§§§§§§§§§§§§§§ | **C.A. No. 11-553-GMS**<br><br>JURY TRIAL DEMANDED |

## TRAVEL SYNDICATION TECHNOLOGY, LLC'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner/Counterclaim defendant Travel Syndication Technology, LLC ("TST") states that it is a privately held Delaware Limited Liability Company, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: July 19, 2011

Respectfully submitted,

MCCARTER & ENGLISH, LLP

By: /s/ Jameson A. L. Tweedie
A. Richard Winchester (ID 2641)
Daniel J. Brown (ID 4688)
Jameson A. L. Tweedie (ID 4927)
jtweedie@mccarter.com
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300 (phone)
(302) 984-6399 (fax)