IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TRAVEL SYNDICATION TECHNOLOGY, LLC,** a Delaware Limited Liability Company | ) ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | |
| v. | ) ) | C.A. No. 11-553-RGA-SRF |
| **FUZEBOX, LLC,** a Georgia Limited Liability Company, and **DIGITAL COMMERCE, LLC,** a Georgia Limited Liability Company, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants/Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| **AAA MID-ATLANTIC INC.,** | ) ) | |
| Counterclaim Defendant. | ) | |

## AAA MID-ATLANTIC, INC.'S RULE 7.1. STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterclaim Defendant AAA Mid-Atlantic, Inc. states that it is a privately held Delaware corporation, that its parent corporation is AAA Club Partners, Inc., a Delaware non-stock, non-profit corporation. and that no publicly held corporation owns 10% or more of its stock

                /s/ Geoffrey G. Grivner
                Geoffrey G. Grivner (#4711)
                Buchanan Ingersoll & Rooney PC
                1105 North Market Street, Suite 1900
                Wilmington, DE 19801
                Telephone: (302) 552-4200
                Facsimile: (302) 552-4295
                geoffrey.grivner@bipc.com

                *Attorneys for Counterclaim Defendant*
                *AAA Mid-Atlantic Inc.*

Dated: July 18, 2012